## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Joel Colon, Task Force Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), do hereby state that:

## INTRODUCTION

2. I am a Task Force Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), San Juan, Puerto Rico and have been so for the past nine years. I am a graduate of the Puerto Rico Police Academy and possess an associate degree in criminal justice. I have been an Agent of the Puerto Rico Police Department for the last twenty-four years, in which I conducted investigations dealing with firearms, drugs, homicides, intelligence and other crimes. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause violations of law; therefore, I have not included all of the facts of this investigation.

3. Your affiant is an "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Section 2516 of Title 18, United States Code.

4. On August 27, 2025, Postal Inspectors in San Juan, PR intercepted a Priority Mail Parcel, number **9505 5139 41115231 6216 99** (herein referred to as the **TARGET**

PARCEL), during an interdiction operation to disrupt the illegal flow of firearms and narcotics through the US Mail. Postal Inspectors conducted an x-ray examination of the **TARGET PARCEL.** Based on the x-ray image, the parcel appeared to contain the components of a firearm.

5. The **TARGET PARCEL** is a cardboard box with an image of a kick scooter on it, with a USPS Priority Mail label attached and USPS tracking number **9505 5139 41115231 6216 99** affixed to the box and is further described in Attachment B.

6. The **TARGET PARCEL** weighs approximately 7 pounds 10.2 ounces, and it was addressed to: "**Robert Gonzalez, Calle 20 T-24, Urb. Las Vegas, Catano, PR 00962**" (herein referred to as the **TARGET RESIDENCE)** and has a return address of: "Jose Luis Gonzalez, 32 S Fourth St, Haines City, FL 33844".

7. Based on the foregoing, and other suspicious characteristic observed in the **TARGET PARCEL,** USPIS obtained a federal search warrant for the **TARGET PARCEL** (Case No. 25-811 (M)).

8. On August 28, 2025, law enforcement executed the search warrant on the **TARGET PARCEL**. Law enforcement opened the **TARGET PARCEL** and found one Zastava Arms USA AK-47 style rifle, model ZPAP92 bearing serial number Z92-108227.



9. Based on the training and experience of your affiant, the intended recipients of parcels containing illegal firearms often have the parcels mailed to addresses they are not associated with, in order to distance themselves from being arrested during a controlled delivery. In those situations, after the delivery is made, the signor of a parcel drives the parcel to another location, or the intended recipient picks up the parcel and drives it to another location.

10. On September 2, 2025, USPIS obtained a tracking warrant and an anticipatory search warrant to search the **TARGET RESIDENCE**. Agents removed the firearm from the **TARGET PARCEL** and replaced it with sham items (items with a similar shape, size, and weight). Additionally, a beeper transponder device and a Global Positioning System ("GPS") device were placed inside of the **TARGET PARCEL**.

11. On September 3, 2025, USPIS, ATF, Homeland Security Investigations, and Puerto Rico Police Department ("PRPD") personnel conducted a controlled delivery operation of the **TARGET PARCEL** at the **TARGET RESIDENCE** to detain, identify, and interview the recipient of the parcel. During the operation a U.S. Postal Inspector posed as a postal employee and delivered the **TARGET PARCEL** to the **TARGET RESIDENCE**. The parcel was delivered at approximately 1:54 p.m. and given to a child inside the **TARGET RESIDENCE**.

12. At approximately 5:00 p.m., agents saw a dark red Jeep Grand Cherokee bearing a Puerto Rico license plate number FEW050 arriving at the **TARGET RESIDENCE**. The vehicle was parked in front of the **TARGET RESIDENCE**. Agents saw a male exiting the vehicle and opening the front gate of the **TARGET RESIDENCE**. The driver and registered owner of the vehicle was identified as Rodolfo BRUNET-GONZALEZ ("BRUNET-GONZALEZ"). Minutes later, Agents saw BRUNET-GONZALEZ leaving the TARGET RESIDENCE. Review of USPS business records and investigative software revealed that BRUNET-GONZALEZ is associated with the **TARGET RESIDENCE.**

13. At approximately 6:30 p.m., law enforcement personnel arrived at the **TARGET RESIDENCE,** and conducted a knock and announce to retrieve the TARGET PARCEL. Immediately, an elderly person opened the door to the TARGET RESIDENCE. Agents entered and secured the TARGET RESIDENCE. The TARGET PARCEL has not been opened. At this time, BRUNET-GONZALEZ arrived at the TARGET RESIDENCE.

14. At approximately 7:03 p.m., a Puerto Rico Police Bureau ("PRPB") firearms detection canine conducted a sweep of the **TARGET RESIDENCE.** The handler observed the canine and reported that the dog was alerted to the presence of firearms in the **TARGET RESIDENCE**. Specifically, the canine alerted in BRUNET-GONZALEZ's bedroom, a closet located in the hallway, the kitchen area and the garage area of the residence. At approximately 7:14 p.m., ATF agents started the search

warrant of the **TARGET RESIDENCE**. ATF Agents seized five (5) cellphones inside BRUNET-GONZALEZ's bedroom and located the TARGET PARCEL hidden in the garage area.

15. ATF Agents detained BRUNET-GONZALEZ and was transported to the ATF office located in San Juan, PR.

16. ATF Agents and USPIS personnel interview BRUNET-GONZALEZ. Agents provided BRUNET-GONZALEZ his Miranda Rights and Warning on ATF Form 3200.4 in the Spanish language. BRUNET-GONZALEZ read and signed his rights and warning indicating he understood and decided to speak to Agents.

17. BRUNET-GONZALEZ stated that the TARGET PARCEL received at the residence was for him. BRUNET-GONZALEZ went on to explain that there was a pistol inside the TARGET PARCEL.

18. BRUNET-GONZALEZ stated that he has received other boxes containing firearms.

19. BRUNET-GONZALEZ stated that he sold the firearms street. He stated that he sold the firearms for approximately $1400.00 to $2100.00. He stated that he made approximately $150.00 to receive the package. He stated that he would receive an additional amount for each pistol he sold.

20. BRUNET-GONZALEZ stated an individual would ship the PARCEL containing firearms from the State of Florida to Puerto Rico. Firearms were shipped from the state of Florida to Puerto Rico. BRUNET-GONZALEZ is a resident of Puerto Rico and not a resident of Florida. BRUNET-GONZALEZ is not a licensed importer, licensed manufacturer, licensed dealer nor licensed collector. He stated that the individual sent approximately 3 or 4 PARCELs which contained multiple firearms in the last few months or weeks.

21. This firearm was not manufactured in Puerto Rico, therefore the Zastava ZPAP92 affected and travelled through interstate and/or foreign commerce.

22. Based on the above facts, the undersigned affiant believes there is probable cause to believe that Rodolfo BRUNET-GONZALEZ violated Title 18 United States Code, Section 922(a)(3) Unlawful Interstate received a firearms and 18 U.S.C. Section 371 (conspiracy to receive firearms through interstate commerce)

---

Joel Colón-Justiniano
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Sworn and subscribed pursuant to FRCP 4.1 at 2:12 p.m., by telephone, this 4th day of September, 2025, in San Juan, Puerto Rico.

---

Hon. Hector Ramos-Vega
United States Magistrate Judge